**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**REBECCA PHILLIPS and JENNIFER YOUNG** **PLAINTIFFS**

**v.** **CASE NO. 2:24-CV-00205-BSM**

**ALLY BANK, a Utah Bank** **DEFENDANT**

**ORDER**

The parties have filed a stipulation of dismissal. Doc. No. 87. Thus, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of July, 2026.

UNITED STATES DISTRICT JUDGE